**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **EDCV 17-75-JFW (SPx)**                          Date:  November 7, 2017

Title:        Salvador Gonzalez *-v-* Swift Transportation Co. Arizona, LLC, et al.

═══════════════════════════════════════════════════════════════════════════

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                          **None Present**
    **Courtroom Deputy**                        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                              None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER DISMISSING ACTION WITHOUT PREJUDICE**
        **FOR FAILURE TO COMPLY WITH COURT ORDER**

      Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on February 17, 2017, the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by November 6, 2017.  The parties have violated the Court's Order by failing to file the required Pre-Trial Documents.[1]

      As a result of the parties' violation of the Court's Order, this action is **DISMISSED without prejudice**.  *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Pretrial Conference scheduled for November 17, 2017, and the Trial scheduled for December 12, 2017 are hereby **VACATED**.

      IT IS SO ORDERED.

---

    [1]  The only Pre-Trial Document filed was Defendant Swift Transportation Co. Arizona LLC's ("Defendant") Memorandum of Contentions of Fact and Law.  Docket No. 26.  Defendant also filed a motion *in limine* that was stricken because it was not properly noticed for hearing.  *See* Docket Nos. 27 and 28.  Plaintiff failed to file *any* Pre-Trial Documents.